DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE COLEMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0914

[December 4, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kal Evans, Judge; L.T. Case No. 20-003468-MM10A.

Gordon Weekes, Public Defender, and Bernadette Burke, Assistant Public Defender, Fort Lauderdale, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Marcus R. Kelly II, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CIKLIN and SHAW, JJ., concur.

* * *

***Not final until disposition of timely-filed motion for rehearing.***